IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLENE JEANETTE KOZAKIEWICZ<br><br>    Defendant. | Case No. 1:15-cr-00055-04<br><br>**STIPULATION TO REMOVE BOND CONDITION** |

[1] WHEREAS one of the standard conditions in the bond order for the above-named defendant is that she must not contact any other co-defendant also charged in the above-referenced case number.

[2] WHEREAS one of the co-defendants, specifically Dennis Liebel is the father of the child of the above-named defendant.

[3] IT IS HEREBY AGREED AND UNDERSTOOD by and between the United States and the defendant, Charlene Jeanette Kozakiewicz, by and through defendant's undersigned counsel that defendant Charlene Jeanette Kozakiewicz shall not be prohibited and shall be specifically allowed to communicate with co-defendant Dennis Liebel due to the minor child the two share.

IT IS SO ORDERED.

Dated this _14th_ day of _April_, 2015.

_____

CHARLES S. MILLER, Magistrate Judge
United States District Court

1

Dated this 9 day of _April_, 2015.

_____
Thomas M. Jackson
Attorney for Charlene Jeanette Kozakiewicz

Dated this 9 day of _April_, 2015.

_____
Michael T. Mahoney
Special Assistant United States Attorney