IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> CHARLENE JEANETTE KOZAKIEWICZ <br><br> Defendant. | Case No. 1:15-cr-00055-04 <br><br> **STIPULATION TO AMEND BOND CONDITION** |

[1] WHEREAS one of the conditions in the bond order for the above-named defendant is that she shall reside at a Residential Facility to be designated by the Pretrial Services Officer as soon as space becomes available and shall participate in the center's programs and abide by its rules and regulations.

[2] IT IS HEREBY AGREED AND UNDERSTOOD by and between the United States and the defendant, Charlene Jeanette Kozakiewicz, by and through defendant's undersigned counsel that defendant Charlene Jeanette Kozakiewicz shall not be required to reside at a residential facility and said bond condition shall be modified that Charlene Jeanette Kozakiewicz must reside at the home of her mother, Tammy Kozakiewicz, at 410 5th Street Northwest Mandan, North Dakota.

IT IS SO ORDERED.

Dated this 14th day of May, 2015.

_____
CHARLES S. MILLER, Magistrate Judge
United States District Court

1

Dated this 13 day of May, 2015.

_____
Thomas M. Jackson
Attorney for Charlene Jeanette Kozakiewicz

Dated this 12th day of May, 2015.

_____
Michael T. Mahoney
Special Assistant United States Attorney

Dated this 13 day of May, 2015.

_____
Bobby Wiseman
U.S. Probation & Pretrial Services Officer